UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-5035 CAS (RZx) | Date | July 23, 2012 |
|---|---|---|---|
| Title | WALTER OTTO THOMAS v. SUNTRUST MORTGAGE, INC.; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

Not Present

**Proceedings:    DEFENDANT'S MOTION TO DISMISS** (filed 6/19/2012)

**I.    INTRODUCTION**

On May 2, 2012, pro se plaintiff Walter Otto Thomas filed the instant action against defendants Sun Trust Mortgage, Inc. ("Sun Trust"). On June 19, 2012, Sun Trust filed a motion to dismiss. Plaintiff failed to file an opposition to defendant's motion and failed to appear at the July 23, 2012 hearing on the motion. Accordingly, defendant's motion to dismiss is GRANTED without prejudice. L-R 7-12 ("The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."). Plaintiff shall have **thirty (30) days** to file an amended complaint. Failure to do so will result in dismissal of this case with prejudice.

IT IS SO ORDERED.

| | 00 | : | 02 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |