UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**   JS-6

| Case No. | CV 12-5035 CAS (RZx) | Date | November 5, 2012 |
|---|---|---|---|
| Title | WALTER OTTO THOMAS V. SUNTRUST MORTGAGE ET. AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(In Chambers:)** ORDER DISMISSING CASE

On May 2, 2012, pro se plaintiff Walter Otto Thomas filed the instant action against Sun Trust Mortgage Inc. ("Sun Trust"). On June 19, 2012, Sun Trust filed a motion to dismiss, which was granted without prejudice on July 23, 2012. Pursuant to the Court's July 23, 2012 and September 13, 2012 orders, plaintiff was required to submit an amended complaint within thirty days of September 13, 2012 or face dismissal with prejudice. Because plaintiff has failed to file an amended complaint as of November 5, 2012, this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |